112

Submitted November 4, reversed December 21, 2016

In the Matter of M. C. R.,
a Person Alleged to have a Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

M. C. R.,
*Appellant.*

Marion County Circuit Court
16CC03265; A162484

387 P3d 496

Eric J. Deitrick and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Flynn, Judge, and DeHoog, Judge.

## PER CURIAM

Appellant in this mental commitment case appeals an order committing him to the custody of the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130. On appeal, appellant contends that the trial court erred in concluding that, because of a mental disorder, he is dangerous to himself and unable to provide for his basic personal needs. *See* ORS 426.005(1)(f). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's order should be reversed. We agree and accept the state's concession.[1]

Reversed.

---

[1] In light of that disposition, we do not address appellant's remaining assignment of error.